UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DENNIS ANTWINE,

        Plaintiff,

Case No. 1:17-CV-865

v.

Honorable Paul L. Maloney

BONITA HOFFNER et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A, because it is frivolous.


Dated: November 3, 2017                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge